IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00617-DDD-GCG

**CBD970, LLC**, a Colorado Limited Liability Company, also known as CBD970.com, LLC,

    **Plaintiff,**

v.

**LABYRINTH HOLDINGS, INC.**, a Nevada Corporation;
**ROBERT HELLMAN**, Individually;
**JAMES HILL**, Individually**;**
**ROBERT HELLMAN and JAMES HILL d/b/a LABYRINTH HOLDINGS, LLC,**
a fictitious entity,

    **Defendants.**

**and**

**LABYRINTH HOLDINGS INC.**, a Nevada corporation;
**ROBERT HELLMAN**, an individual and California citizen;
**JAMES HILL**, an individual and California citizen; and
**LABYRINTH HOLDINGS LLC**, a California limited liability company,

    **Counterclaimants and Third-Party Plaintiffs**

**vs.**

**KENNETH SACK**, an individual and Colorado citizen;
**ADAM AYERS**, an individual and Colorado citizen;
**EAGLE SPRINGS ORGANIC, LLC**, a Colorado limited liability company; and
**ORGANIC GROWERS LLC**, a Colorado limited liability Company,

    **Third-Party Defendants.**

_____/
_____

**PLAINTIFF'S COUNSEL'S NOTICE OF COMPLIANCE WITH ECF NO. 35**
_____

1

Counsel for Plaintiff, CBD970, LLC, a Colorado Limited Liability Company, also known as CBD970.com, LLC, hereby gives notice that he has complied with the Court's Order (ECF No. 35), as of June 17, 2020.

DATED this 22nd  day of June, 2020.

S/ CRAIG A. BRAND
_____
**Craig A. Brand, Esq.**
Mystic Law, P.A.
6411 S. Jamaica Circle
Englewood, Colorado 80111
Telephone: (305) 878-1477
E-mail: Craig@ganjalaw.com
Attorney for Plaintiff/Counter-Defendant/
Third-Party Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing via email to Nadav Aschner, Esq., The Rodman Law Group, LLC, 600 S. Cherry St., Ste. 835, Denver, CO 80246, nadav@therodmanlawgroup.com.

S/ *Craig A. Brand, Esq.*
_____
**Craig A. Brand, Esq.**